Randall T. Garteiser (CA State Bar No. 231821)
   rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
   chonea@ghiplaw.com
GARTEISER HONEA — IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC**<br>        Plaintiff,<br><br>v.<br><br>**HONEYBOOK INC.,**<br>        Defendants. | **Case No. 5:23-cv-04240-TSH** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Digital Verification Systems, LLC respectfully submits this notice of voluntary dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

Dated: November 2, 2023

Respectfully served,
GARTEISER HONEA, PLLC

*/s/ Randall Garteiser*
Randall Garteiser
CA State Bar No. 231821
rgarteiser@ghiplaw.com
Christopher A. Honea
CA State Bar No. 232473

chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorneys for Plaintiff**

NOTICE OF DISMISSAL WITH PREJUDICE